# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REESE WITHERSPOON, an individual; MARKETING ADVANTAGES INTERNATIONAL, INC. d/b/a Emitations.com; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. CV 13-7847 RSWL (SSx)<br><br>**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**<br><br>Assigned for all purposes to the Hon. Ronald S.W. Lew, Courtroom 21<br><br>Action Filed:　October 23, 2013<br>Trial Date:　　Not set<br><br>**[ACTION STAYED]** |

{00052321;1}

## JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION

Pursuant to this Court's January 22, 2014 Amended Order Re: Defendant Witherspoon's Motion to Dismiss or Stay Action and Defendant Marketing Advantages' Motion For Joinder in Motion to Dismiss or Stay Action (Dkt. 35) ("Amended Order"), plaintiff, MARYLAND CASUALTY COMPANY ("Maryland Casualty"), and defendants, REESE WITHERSPOON ("Ms. Witherspoon") and MARKETING ADVANTAGES INTERNATIONAL, INC. ("MAI"), submit this Joint Report on the status of the above-captioned action (the "Maryland Casualty Action") and the underlying action entitled *Reese Witherspoon v. Marketing Advantages, Inc., et al.*, Los Angeles County Superior Court, Case No. SC120883 (the "Underlying Action").

### THE MARYLAND CASUALTY ACTION

The Maryland Casualty Action remains stayed pursuant to the Amended Order. Joint status reports are due every sixty (60) days from the date of the Amended Order (January 22, 2014) advising the Court of (1) the status of the Maryland Casualty Action; and (2) resolution of the Underlying Action.

### THE UNDERLYING ACTION

The Underlying Action is at issue, although it is currently unresolved. The parties have exchanged written discovery. The parties in the Underlying Action agreed to and attended an all-day mediation on May 6, 2014 before Hon. Robert T. Altman (Ret.), at ADR Services, Inc., 1900 Avenue of the Stars, Suite 250, Los Angeles, California 90067. The case did not settle at this mediation, but Ms. Witherspoon has exchanged settlement counter-offers with multiple defendants in the Underlying Action following the mediation. Depositions of the following defendants' "persons most qualified" occurred in June and July, 2014:

{00052321;1}

- FYF-Eve's, LLC
- Centerbrook Sales, LLC
- Gemvara Inc.
- Marketing Advantages International, Inc.
- Skye Associates LLC
- TorreyCommerce, Inc.
- Lautrec Corporation
- Sears Brands, LLC
- Sears Holding Management Corporation

Ms. Witherspoon settled with Motif Enterprise, LLC in August, 2014. Motif was dismissed by Ms. Witherspoon on September 18, 2014.

Defendants are currently working on re-scheduling the deposition of Ms. Witherspoon and certain third party depositions.

The following dates in The Underlying Action have been reset to April 2, 2015:

- Status Conference re: compliance with December 4, 2014 Court Order on discovery, at which point in time the Court will set depositions and hearing dates for summary judgment (continued from February 17, 2015). At the April 2, 2015 Status Conference, the Court will also discuss the continuance of the May 11, 2015 Final Status Conference and May 18, 2015 trial date and new dates for both.
- Hearing on Centerbrook Sales, LLC and FYF-Eve's, LLC, Motion for Summary Judgment and/or Summary Adjudication (continued from March 26, 2015).

{00052321;1}

**LIMITED USAGE**

The parties agree that no statements in this Joint Status Report may be used by any party against either Maryland Casualty, MAI or Ms. Witherspoon in either the Underlying Action or the Maryland Casualty Action.

Dated: March 19, 2015

KAUFMAN, DOLOWICH & VOLUCK LLP

By: /s/ *Jefferson M. Shelton*
Jefferson M. Shelton
Attorneys for Plaintiff
MARYLAND CASUALTY COMPANY

Dated: March 19, 2015

HARDER MIRELL & ABRAMS LLP

By: /s/ *Lan P. Vu*
Lan P. Vu
Attorneys for Defendant
REESE WITHERSPOON

Dated: March 19, 2015

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ *Daniel H. Rylaarsdam*
Daniel H. Rylaarsdam
Attorneys for Defendant
MARKETING ADVANTAGES INTERNATIONAL, INC., d/b/a Emitations.com

{00052321;1}