UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REESE WITHERSPOON, an individual; MARKETING ADVANTAGES INTERNATIONAL, INC. d/b/a Emitations.com; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. CV 13-7847 RSWL (SSx)<br><br>**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**<br><br>Assigned for all purposes to the Hon. Ronald S.W. Lew, Courtroom 21<br><br>Action Filed:　October 23, 2013<br>Trial Date:　Not set<br><br>**[ACTION STAYED]** |

{00058813;1}

**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**

Pursuant to this Court's January 22, 2014 Amended Order Re: Defendant Witherspoon's Motion to Dismiss or Stay Action and Defendant Marketing Advantages' Motion For Joinder in Motion to Dismiss or Stay Action (Dkt. 35) ("Amended Order"), plaintiff, MARYLAND CASUALTY COMPANY ("Maryland Casualty"), and defendants, REESE WITHERSPOON ("Ms. Witherspoon") and MARKETING ADVANTAGES INTERNATIONAL, INC. ("MAI"), submit this Joint Report on the status of the above-captioned action (the "Maryland Casualty Action") and the underlying action entitled *Reese Witherspoon v. Marketing Advantages, Inc., et al.*, Los Angeles County Superior Court, Case No. SC120883 (the "Underlying Action").

**THE MARYLAND CASUALTY ACTION**

The Maryland Casualty Action remains stayed pursuant to the Amended Order. Joint status reports are due every sixty (60) days from the date of the Amended Order (January 22, 2014) advising the Court of (1) the status of the Maryland Casualty Action; and (2) resolution of the Underlying Action.

**THE UNDERLYING ACTION**

The Underlying Action is at issue, although it is currently unresolved. The parties have exchanged written discovery. The parties in the Underlying Action agreed to and attended an all-day mediation on May 6, 2014 before Hon. Robert T. Altman (Ret.), at ADR Services, Inc., 1900 Avenue of the Stars, Suite 250, Los Angeles, California 90067. The case did not settle at this mediation, but Ms. Witherspoon has exchanged settlement counter-offers with multiple defendants in the Underlying Action following the mediation.

Depositions of the following defendants' "persons most qualified" occurred in June and July, 2014:

- FYF-Eve's, LLC

{00058813;1}

1  • Centerbrook Sales, LLC
2  • Gemvara Inc.
3  • Marketing Advantages International, Inc.
4  • Skye Associates LLC
5  • TorreyCommerce, Inc.
6  • Lautrec Corporation
7  • Sears Brands, LLC
8  • Sears Holding Management Corporation

9  Ms. Witherspoon was deposed on June 11 and 12, 2015.

10  Ms. Witherspoon settled with Motif Enterprise, LLC in August 2014.  Motif
11  was dismissed by Ms. Witherspoon on September 18, 2014.

12  Ms. Witherspoon reached a settlement with defendants Centerbrook Sales,
13  LLC and FYF-Eve's, LLC in June 2015 and filed a dismissal of Centerbrook Sales,
14  LLC on July 16, 2015.  Summary judgment was previously granted in favor of FYF-
15  Eve's, LLC on May 6, 2015.

16  Ms. Witherspoon dismissed Defendant Overstock Silver LLP on July 16,
17  2015.

18  The following dates in The Underlying Action have been set:
19  • October 13, 2015 – Hearing on Sears' Motion for Summary Judgment
20  • October 20, 2015 – Hearing on Sears' Motion for Summary Judgment
21  • November 3, 2015 – Hearing on Consolidated Motion to Compel
22  • November 10, 2015 – Hearing on Marketing Advantages International,
23    Inc.'s Motion for Summary Judgment
24  • November 19, 2015 – Hearing on Lautrec Corporation's Motion for
25    Summary Judgment
26  • November 24, 2015 – Hearing on Skye Associates LLC's Motion for
27    Summary Judgment
28

{00058813;1}

- December 1, 2015 – Hearing on Gemvara Inc.'s Motion for Summary Judgment
- December 8, 2015 – Hearing on Overstock Silver's Motion for Summary Judgment
- February 16, 2016 – Final Status Conference
- February 22, 2016 – Trial

**LIMITED USAGE**

The parties agree that no statements in this Joint Status Report may be used by any party against either Maryland Casualty, MAI or Ms. Witherspoon in either the Underlying Action or the Maryland Casualty Action.

Dated: September 14, 2015          KAUFMAN, DOLOWICH & VOLUCK LLP

                                   By:     */s/ Jefferson M. Shelton*
                                           Jefferson M. Shelton
                                           Attorneys for Plaintiff
                                           MARYLAND CASUALTY
                                           COMPANY

Dated: September 14, 2015          HARDER MIRELL & ABRAMS LLP

                                   By:     */s/ Lan P. Vu*
                                           Lan P. Vu
                                           Attorneys for Defendant
                                           REESE WITHERSPOON

{00058813;1}

| | |
|---|---|
| Dated: September 14, 2015 | KILPATRICK TOWNSEND & STOCKTON LLP |
| | |
| | By: _____*/s/ Daniel H. Rylaarsdam*_____ |
| | Daniel H. Rylaarsdam |
| | Attorneys for Defendant MARKETING ADVANTAGES INTERNATIONAL, INC., d/b/a Emitations.com |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4844-3333-9176, v. 1

{00058813;1}