1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
8

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>REESE WITHERSPOON, an individual; MARKETING ADVANTAGES INTERNATIONAL, INC. d/b/a Emitations.com; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. CV 13-7847 RSWL (SSx)<br><br>**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**<br><br>Assigned for all purposes to the Hon. Ronald S.W. Lew, Courtroom 21<br><br>Action Filed:   October 23, 2013<br>Trial Date:      Not set<br><br>**[ACTION STAYED]** |

**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**

Pursuant to this Court's January 22, 2014 Amended Order Re: Defendant Witherspoon's Motion to Dismiss or Stay Action and Defendant Marketing Advantages' Motion For Joinder in Motion to Dismiss or Stay Action (Dkt. 35) ("Amended Order"), plaintiff, MARYLAND CASUALTY COMPANY ("Maryland Casualty"), and defendants, REESE WITHERSPOON ("Ms. Witherspoon") and MARKETING ADVANTAGES INTERNATIONAL, INC. ("MAI"), submit this Joint Report on the status of the above-captioned action (the "Maryland Casualty Action") and the underlying action entitled *Reese Witherspoon v. Marketing Advantages, Inc., et al.*, Los Angeles County Superior Court, Case No. SC120883 (the "Underlying Action").

**THE MARYLAND CASUALTY ACTION**

The Maryland Casualty Action remains stayed pursuant to the Amended Order. Joint status reports are due every sixty (60) days from the date of the Amended Order (January 22, 2014) advising the Court of (1) the status of the Maryland Casualty Action; and (2) resolution of the Underlying Action.

**THE UNDERLYING ACTION**

The Underlying Action is at issue, currently unresolved, and set to commence trial on February 22, 2016. The parties have exchanged written discovery and conducted non-expert depositions.

The parties in the Underlying Action agreed to and attended an all-day mediation on May 6, 2014 before Hon. Robert T. Altman (Ret.), at ADR Services, Inc., 1900 Avenue of the Stars, Suite 250, Los Angeles, California 90067. More recently, on October 7, 2015, some of the parties conducted a mediation before Hon. Edward A. Panelli (Ret.), at JAMS, 1601 Cloverfield Blvd., Santa Monica, California 90404. Settlement communications have occurred, but the case is not settled.

Depositions of the following defendants' "persons most qualified" occurred in June and July, 2014:

- FYF-Eve's, LLC
- Centerbrook Sales, LLC
- Gemvara Inc.
- Marketing Advantages International, Inc.
- Skye Associates LLC
- TorreyCommerce, Inc.
- LNT Acquisitions, LLC
- Lautrec Corporation
- Sears Brands, LLC
- Sears Holding Management Corporation

Ms. Witherspoon was deposed on June 11 and 12, 2015.

Ms. Witherspoon states that she settled with Motif Enterprise, LLC in August 2014. Motif was dismissed by Ms. Witherspoon on September 18, 2014.

Ms. Witherspoon states that she reached a settlement with defendants Centerbrook Sales, LLC and FYF-Eve's, LLC in June 2015 and filed a dismissal of Centerbrook Sales, LLC on July 16, 2015. Summary judgment was previously granted in favor of FYF-Eve's, LLC on May 6, 2015.

Ms. Witherspoon dismissed defendant Overstock Silver LLP on July 16, 2015.

The Court has denied the motions for summary judgment and/or adjudication filed by defendants Sears Brands, Sears Management Corporation, LNT Acquisition, LLC, TorreyCommerce, Inc., Marketing Advantages International, Inc. and Au-Co Mai. These motions were set for hearing on October 13, 2015, October 20, 2015, and November 10, 2015.

1 | The Court denied the motion for summary judgment and granted the motion for summary adjudication filed by defendant Lautrec Corporation as to the 3rd (Common Law Trademark/Trade Name Infringement), 4th (Common Law Trade Dress Infringement), and 5th (Common Law Slogan Infringement) causes of action. This motion was set for hearing on November 19, 2015.

The Court denied the motion for summary judgment and granted the motion for summary adjudication filed by defendant Skye Associates, LLC as to the 3rd (Common Law Trademark/Trade Name Infringement), 4th (Common Law Trade Dress Infringement), and 5th (Common Law Slogan Infringement) causes of action. This motion was set for hearing on November 24, 2015.

The Court denied the motions for separate trial filed by defendants Lautrec Corporation and Skye Associates, LLC. These motions were set for hearing on November 24, 2015.

The Court denied the motion for summary judgment and granted the motion for summary adjudication filed by defendant Gemvara Inc. as to the 2nd (Violation of Common Law Right of Privacy), 3rd (Common Law Trademark/Trade Name Infringement), 4th (Common Law Trade Dress Infringement), and 5th (Common Law Slogan Infringement) causes of action. This motion was set for hearing on December 1, 2015.

On November 16, 2015, defendant Au-Co Mai settled with Ms. Witherspoon. On December 23, 2015, the Court granted defendant Au-Co Mai's ex parte application for determination of good faith settlement. Ms. Witherspoon states that, on December 29, 2015, she resolved her claims with defendants Lautrec Corporation and Skye Associates, LLC. Ms. Witherspoon expects to dismiss Au-Co Mai, Lautrec Corporation and Skye Associates, LLC by the end of January 2016.

The following dates in The Underlying Action are currently scheduled:
- January 28, 2016 – Hearing on Gemvara's Motion for Separate Trial

- February 16, 2016 – Final Status Conference
- February 22, 2016 – Trial

**LIMITED USAGE**

The parties agree that no statements in this Joint Status Report may be used by any party against Maryland Casualty, MAI or Ms. Witherspoon in either the Underlying Action or the Maryland Casualty Action.

Dated: January 12, 2016         KAUFMAN, DOLOWICH & VOLUCK LLP


                                By: ___/s/ Jim S. Byun_____
                                    Dean B. Herman
                                    Jim S. Byun
                                    Attorneys for Plaintiff
                                    MARYLAND CASUALTY COMPANY


Dated: January 12, 2016         HARDER MIRELL & ABRAMS LLP


                                By: ___/s/ Lan P. Vu_____
                                    Lan P. Vu
                                    Attorneys for Defendant
                                    REESE WITHERSPOON


Dated: January 12, 2016         KILPATRICK TOWNSEND & STOCKTON LLP


                                By: ___/s/ Daniel H. Rylaarsdam___
                                    Daniel H. Rylaarsdam

Attorneys for Defendant
MARKETING ADVANTAGES
INTERNATIONAL, INC., d/b/a
Emitations.com

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.