UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARYLAND CASUALTY COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REESE WITHERSPOON, an individual; MARKETING ADVANTAGES INTERNATIONAL, INC. d/b/a Emitations.com; and DOES 1-10 inclusive,<br><br>　　　　Defendants. | Case No. CV 13-7847 RSWL (SSx)<br><br>**JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**<br><br>Assigned for all purposes to the Hon. Ronald S.W. Lew, Courtroom 21<br><br>Action Filed:　October 23, 2013<br>Trial Date:　　Not set<br><br>**[ACTION STAYED]** |

{00064644;1}

1 | **JOINT REPORT ON STATUS OF ACTION AND UNDERLYING ACTION**

Pursuant to this Court's January 22, 2014 Amended Order Re: Defendant Witherspoon's Motion to Dismiss or Stay Action and Defendant Marketing Advantages' Motion For Joinder in Motion to Dismiss or Stay Action (Dkt. 35) ("Amended Order"), plaintiff, MARYLAND CASUALTY COMPANY ("Maryland Casualty"), and defendants, REESE WITHERSPOON ("Ms. Witherspoon") and MARKETING ADVANTAGES INTERNATIONAL, INC. ("MAI"), submit this Joint Report on the status of the above-captioned action (the "Maryland Casualty Action") and the underlying action entitled *Reese Witherspoon v. Marketing Advantages, Inc., et al.*, Los Angeles County Superior Court, Case No. SC120883 (the "Underlying Action").

**THE MARYLAND CASUALTY ACTION**

The Maryland Casualty Action remains stayed pursuant to the Amended Order. Joint status reports are due every sixty (60) days from the date of the Amended Order (January 22, 2014) advising the Court of (1) the status of the Maryland Casualty Action; and (2) resolution of the Underlying Action.

**THE UNDERLYING ACTION**

The Underlying Action has been resolved as to all parties, as follows:

- **Defendant Motif:** Ms. Witherspoon states that she settled with Motif Enterprise, LLC in August 2014. Motif was dismissed on September 18, 2014.
- **Defendants Centerbrook Sales, LLC and FYF-Eve's, LLC:** Ms. Witherspoon states that she reached a settlement with defendants Centerbrook Sales, LLC and FYF-Eve's, LLC in June 2015 and filed a dismissal of Centerbrook Sales, LLC on July 16, 2015. Summary judgment was previously granted in favor of FYF-Eve's, LLC on May 6,

2015.

- **Defendant Overstock Silver:** Ms. Witherspoon dismissed defendant Overstock Silver LLP on July 16, 2015.
- **Defendant Au-Co Mai:** On November 16, 2015, defendant Au-Co Mai settled with Ms. Witherspoon. On December 23, 2015, the Court granted defendant Au-Co Mai's ex parte application for determination of good faith settlement. Ms. Witherspoon dismissed Au-Co Mai in February 2016.
- **Defendants Lautrec Corporation and Skye Associates, LLC:** Ms. Witherspoon states that, on December 29, 2015, she resolved her claims with defendants Lautrec Corporation and Skye Associates, LLC. Ms. Witherspoon dismissed defendants Lautrec Corporation and Skye Associates, LLC in February 2016.
- **Defendant Gemvara:** Ms. Witherspoon states that she resolved her claims with defendant Gemvara in January 2016. Ms. Witherspoon expects to dismiss defendant Gemvara by the end of March 2016.
- **Defendants Marketing Advantages International, Inc., Sears Brands LLC, Sears Holding Management Corporation, LNT Acquisition and TorreyCommerce, Inc.:** Ms. Witherspoon and defendants Marketing Advantages International, Inc., Sears Brands LLC, Sears Holding Management Corporation, LNT Acquisition and TorreyCommerce, Inc. have reached a settlement in principle and are in the process of memorializing the terms of that settlement. Ms. Witherspoon expects to dismiss these defendants by April 1, 2016.

An Order to Show Cause Hearing Regarding Dismissal is currently scheduled in the Underlying Action on April 1, 2016.

{00064644;1}

**LIMITED USAGE**

The parties agree that no statements in this Joint Status Report may be used by any party against Maryland Casualty, MAI or Ms. Witherspoon in either the Underlying Action or the Maryland Casualty Action.

Dated: March 8, 2016          KAUFMAN, DOLOWICH & VOLUCK LLP

                              By:  /s/ Jim S. Byun
                                   Jim S. Byun
                                   Attorneys for Plaintiff
                                   MARYLAND CASUALTY
                                   COMPANY

Dated: March 8, 2016          HARDER MIRELL & ABRAMS LLP

                              By:  /s/ Lan P. Vu
                                   Lan P. Vu
                                   Attorneys for Defendant
                                   REESE WITHERSPOON

Dated: March 8, 2016          KILPATRICK TOWNSEND & STOCKTON LLP

                              By:  /s/ Daniel H. Rylaarsdam
                                   Daniel H. Rylaarsdam
                                   Attorneys for Defendant
                                   MARKETING ADVANTAGES
                                   INTERNATIONAL, INC., d/b/a
                                   Emitations.com

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

{00064644;1}